Southern Commercial and Savings Bank, a Corporation, v. William Porter and Rose Porter, Defendants-Appellees.

Gen. No. 65–99. ▮

Fifth District.

October 12, 1966.

Chapman, Strawn and Pratt, of Granite City, for appellant; Joseph R. Bartylak, of Collinsville, for appellees. Opinion by JUSTICE EBERSPACHER. Not to be published in full.